IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1588-ZLW-MJW

OCIE EDWARD BROOKS II,

    Plaintiff,

v.

SARA LEE CORPORATION,

    Defendant.

___

ORDER OF DISMISSAL AS TO CERTAIN CLAIMS
___

    This matter was before the Court on November 1, 2005, for oral argument on Defendant Sara Lee Corporation's Motion For Summary Judgment.  The Court heard the arguments and statements of counsel, and made oral conclusions of law which are incorporated herein by reference as if fully set forth.  Accordingly, it is

    ORDERED Defendant Sara Lee Corporation's Motion For Summary Judgment is granted in part and denied in part.  It is

    FURTHER ORDERED that the motion is granted as to the first, third, and fourth claims for relief as to allegations of disparate treatment and retaliation based on donated sick leave and light duty work, and said portions of these claims are dismissed.  It is

    FURTHER ORDERED that the motion is denied as to the first, third, and fourth claims for relief as to allegations of hostile work environment and retaliation based on the drawings allegedly found in the workplace.  It is

2

FURTHER ORDERED that the second and fifth claims for relief are dismissed pursuant to the parties' stipulation.

DATED at Denver, Colorado, this   15   day of November, 2005.

BY THE COURT:

s/ Zita L. Weinshienk
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court