IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1588-ZLW-MJW

OCIE EDWARD BROOKS II,

    Plaintiff,

v.

SARA LEE CORPORATION,

    Defendant.

_____

ORDER
_____

    This case is set for trial to jury for three days commencing at 10:30 a.m. on June 5, 2006, in Courtroom A801, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado  80294.  It is

    ORDERED that counsel shall review the pre-trial order and shall file a short status report with the Court by May 3, 2006, advising the Court of the following:

1. Any problems, factual or legal, which are not adequately disclosed by the pre-trial order.

2. Any witnesses or exhibits not listed in the pre-trial order which are stipulated or allowed by order of court.

3. Matters which counsel believe can be resolved in advance of trial, including motions in limine.

4. Unusual legal questions which counsel anticipate will arise at trial.

5. Changes which should be made in the estimated length of trial as shown by the pre-trial order.

6. Possibilities of settlement.

It is FURTHER ORDERED that **a trial preparation conference before Judge Zita L. Weinshienk is hereby set on Wednesday, May 10, 2006, at 2:00 p.m.** in Courtroom A801, **at which time any pending motions may be heard**. It is

FURTHER ORDERED that all motions in limine shall be filed two weeks prior to the trial preparation conference, responses to be filed not more than one week thereafter. It is

FURTHER ORDERED that the parties must comply with D.C.COLO.LCivR 7.1A. before filing any motion in limine. It is

FURTHER ORDERED that counsel shall read and comply with the procedures as outlined in the Civil Trial Procedures, Trial Check List, and Jury Instructions located at the Court's website: **www.co.uscourts.gov/judges_frame.htm** Counsel shall be prepared to discuss these procedures if necessary and may ask any questions of the Court and its staff at the scheduled Trial Preparation Conference for any needed clarification.

Dated at Denver, Colorado, this   29   day of March, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court