IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

May 10, 2006

Paul Zuckerman, Court Reporter
Bernique Abiakam, Deputy Clerk

Civil Action No. 04-cv-01588-ZLW-MJW

| | |
|---|---|
| OCIE EDWARD BROOKS II, | Whitney C. Traylor |
| | Kimberly K. Ryan |
| Plaintiff, | |
| v. | |
| SARA LEE CORPORATION, | W.V. Bernie Siebert |
| | Brooke N. Albrandt |
| Defendant. | |

## COURTROOM MINUTES

**Trial Preparation Conference**

**2:11 p.m.    Court in session.**

Case called.  Appearances of counsel.

Preliminary comments by the Court.

2:20 p.m.    Argument by Mr. Traylor.

2:23 p.m.    Argument by Mr. Siebert.

2:34 p.m.    Argument by Mr. Traylor.

**ORDERED:   Defendant Sara Lee Corporation's Motion In Limine (Filed 4/26/06; Doc. No. 77) is GRANTED in PART and DENIED in PART.  The motion is GRANTED as to evidence concerning events in 2002 involving Darrell Gill.  The motion otherwise is DENIED.**

*04-cv-01588-ZLW-MJW*
*Trial Preparation Conference*
*May 10, 2006*

Discussion regarding trial schedule.

Discussion regarding witness lists and examination times.

Discussion regarding exhibits.

**ORDERED: Four-day Jury Trial is scheduled to begin on June 5, 2006 at 9:30 a.m.**

Discussion regarding jury instructions.

Discussion regarding Voir Dire.

The parties agree on 7 jurors to try the case.

The Court states that if the parties are going to file simultaneous trial briefs they should be submitted at least a week prior to trial and be no more than 5 pages.

Discussion regarding the use of courtroom technology.

The Court informs counsel that no surprises will be allowed during trial.

3:05 p.m.      Court in recess.

Total time in court: 54 minutes.
Hearing concluded.