IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01588-ZLW-MJW

OCIE EDWARD BROOKS II,

    Plaintiff,

v.

SARA LEE CORPORATION,

    Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 7 2006

GREGORY C. LANGHAM
CLERK

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus 60 days.

DATED at Denver, Colorado this ___7___ day of June, 2005

BY THE COURT:

_____
Zita L. Weinshienk, Judge

_____
Counsel for Plaintiff

_____
Counsel for Defendant