IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1588-ZLW-MJW

OCIE EDWARD BROOKS II,

    Plaintiff,

v.

SARA LEE CORPORATION,

    Defendant.

---

ORDER

---

    It is ORDERED that Defendant Sara Lee Corporation's Renewed Motion For Judgment As A Matter Of Law And Motion To Alter Or Amend Judgment (Doc. No. 101) are denied.

    DATED at Denver, Colorado, this   6   day of July, 2006.

    BY THE COURT:

_____
 ZITA L. WEINSHIENK, Senior Judge
 United States District Court