IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1588-ZLW-MJW

OCIE EDWARD BROOKS II,

     Plaintiff,

v.

SARA LEE CORPORATION,

     Defendant.

---

ORDER OF DISMISSAL

---

The matters before the Court are the parties' Stipulated Motion To Vacate Judgment (Doc. No. 130) and Stipulated Motion To Dismiss (Doc. No. 131), signed by the attorneys for the parties hereto.  The Court notes that a mandate was issued by the Tenth Circuit Court of Appeals, dismissing the appeal of this case pursuant to Fed. R. App. P. 42(b).  In consideration thereof, it is

ORDERED that  the parties' Stipulated Motion To Vacate Judgment (Doc. No. 130) is granted, and the Order And Judgment (Doc. No. 97) entered in this case on June 9, 2006, is vacated.  It is

FURTHER ORDERED that the Stipulated Motion To Dismiss (Doc. No. 131) filed October 16, 2006, is granted, and the Complaint and cause of action are dismissed with prejudice.

DATED at Denver, Colorado, this   17   day of October, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court